**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lloyd Jeffrey Williams** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | |

United States Bankruptcy Court   **Northern District of Texas**

Case number:   **19–70170–hdh7**

Social Security number or ITIN   **xxx–xx–7167**

EIN   _ _ – _ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _ – _ _ _ _ _ _ _

Date case filed for chapter **7   6/24/19**

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Lloyd Jeffrey Williams | | |
| 2. | **All other names used in the last 8 years** | dba Lonestar Ranch Services | | |
| 3. | **Address** | 701 River View Road<br>Millsap, TX 76066 | | |
| 4. | **Debtor's attorney**<br>Name and address | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301 | | Contact Phone: (940) 723–0099<br><br>Email:  legal@montejwhite.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Shawn K. Brown<br>Chapter 7 Trustee<br>PO Box 93749<br>Southlake, TX 76092 | | Contact Phone: (817) 348–0777<br><br>Email:  trustee@browntrustee.com |

For more information, see page 2 >

Debtor **Lloyd Jeffrey Williams**                                                      Case number **19–70170–hdh7**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242–1496 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact Phone: 214–753–2000<br><br>Date: 6/25/19 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 8, 2019 at 10:10 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Wichita Falls Museum of Art, 2 Eureka Circle, Wichita Falls, TX 76308** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/7/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Texas

In re:                                                                    Case No. 19-70170-hdh
Lloyd Jeffrey Williams                                                    Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-7          User: ccumby          Page 1 of 2          Date Rcvd: Jun 25, 2019
                             Form ID: 309A         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
db              +Lloyd Jeffrey Williams,    701 River View Road,    Millsap, TX 76066-9647
18631346        +AKRON Billing Center,    2620 Ridgewood Dr. Ste 300,    Akron, OH 44313-3507
18631345        +Abilene Diagnostic Clinic,    PO Box 5409,    Abilene, TX 79608-5409
18631347        +Basepointe-HM,    3225 North Star Circle,    Louisville, TN 37777-5059
18631349        +Bobcat t  Ft Worth,    5633 Mark IV Pkwy,    Fort Worth, TX 76131-2107
18631352        +CIT Group,    155 Commerce Way,    Portsmouth, NH 03801-3243
18631350        +Caterpillar Financial Services Corp,    2120 West End Avenue,    PO Box 34001,
                  Nashville, TN 37203-5341
18631351         Caterpillar Financial Svcs Corp,    2121 West End Ave,    Nashville, TN 37203
18631354        +DATCU Credit Union,    Attn: Bankrutpcy,    PO Box 827,    Denton, TX 76202-0827
18631355        +EECU-Educational Employees Credit Union,    Attn: Bankruptcy,    PO Box 1777,
                  Fort Worth, TX 76101-1777
18631356        +Hannah Williams,    701 River View Rd,    Millsap, TX 76066-9647
18631359        +Lori Wharton,    PO Box 1021,    Mineral Wells, TX 76068-1021
18631360        +Medical City Weatherford 26935,    PO Box 740782,    Cincinnati, OH 45274-0782
18631361        +Palo Pinto County Tax Office,    Stacy l. Choate,    PO Box 160,    Palo Pinto, TX 76484-0160
18631364        +Pioneer Capital Soluti,    PO Box 719,    Anoka, MN 55303-0727
18631365        +ProPath Servics LLP,    Dept 41070,    PO Box 660811,    Dallas, TX 75266-0811
18631366        +Quinby Madzia,    281 River View Rd,    Millsap, TX 76066-3433
18631367        +Radiology Associates of North Texas,    PO Box 1723,    Indianapolis, IN 46206-1723
18631371        +Takeuchi Financial Services,    1625 W Fountainhead Pkwy,    Tempe, AZ 85282-2371
18631372        +Texas Health Physician Group,    PO Box 733509,    Dallas, TX 75373-3509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: legal@montejwhite.com Jun 25 2019 23:57:12      Monte J. White,
                  Monte J. White & Associates, P.C.,    1106 Brook Avenue,    Hamilton Place,
                  Wichita Falls, TX  76301
tr               +EDI: FSKBROWN.COM Jun 26 2019 03:43:00      Shawn K. Brown,   Chapter 7 Trustee,   PO Box 93749,
                  Southlake, TX 76092-0117
18631348         E-mail/Text: bankruptcy@bbandt.com Jun 25 2019 23:59:19      BB & T,   Attn: Bankruptcy,
                  PO Box 1847,    Wilson, NC 27894
18631353        +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Jun 26 2019 00:00:20
                  Credit Systems International, Inc,    Attn: Bankruptcy,    PO Box 1088,
                  Arlington, TX 76004-1088
18631357        +EDI: IIC9.COM Jun 26 2019 03:43:00      I C System Inc,   Attn: Bankruptcy,    P.O. Box 64378,
                  St. Paul, MN 55164-0378
18631358         EDI: IRS.COM Jun 26 2019 03:43:00      IRS SPECIAL PROCEDURES,    1100 COMMERCE ST ROOM 951,
                  MAIL STOP 5029 DAL,    DALLAS TX 75246
18631362        +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 25 2019 23:59:39
                  Parker County Appraisal District,    CO Clinbarger, Heard, Goggan,    2323 Bryan Street No. 1720,
                  Dallas, TX 75201-2603
18631363        +E-mail/Text: justin.rader@pinnbank.com Jun 25 2019 23:59:37      Pinnacle Bank,   316 NW Pkwy,
                  Azle, TX 76020-3124
18631368        +EDI: STF1.COM Jun 26 2019 03:43:00      Suntrust Bk Tampa Bay,   Attn: Bankruptcy,
                  Mail Code VA-RVW-6290 PO Box 85092,    Richmond, VA 23285-5092
18631369        +EDI: RMSC.COM Jun 26 2019 03:43:00      Synchrony Bank-Care Credit,    Attn: Bankruptcy Dept,
                  PO Box 965060,    Orlando, FL 32896-5060
18631370        +EDI: RMSC.COM Jun 26 2019 03:43:00      Synchrony Bank-Lowes,   Attn: Bankruptcy,
                  PO Box 965060,    Orlando, FL 32896-5060
                                                                                    TOTAL: 11

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                         Signature:   /s/Joseph Speetjens

District/off: 0539-7          User: ccumby           Page 2 of 2           Date Rcvd: Jun 25, 2019
                             Form ID: 309A            Total Noticed: 31

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
      Monte J. White    on behalf of Debtor Lloyd Jeffrey Williams
       ecfnotices-noreply@montejwhite.com;wf.ecf@aol.com
      Shawn K. Brown    trustee@browntrustee.com,  skb@trustesolutions.net
      United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                             TOTAL: 3